**NOT FOR PUBLICATION IN WEST'S HAWAI'I REPORTS AND PACIFIC REPORTER**

**Electronically Filed**
**Intermediate Court of Appeals**
**CAAP-24-0000069**
**16-OCT-2024**
**08:04 AM**
**Dkt. 32 OAWST**

NO. CAAP-24-0000069

IN THE INTERMEDIATE COURT OF APPEALS

OF THE STATE OF HAWAI'I

CERTAIN UNDERWRITERS AT LLOYD'S OF LONDON;
HDI GLOBAL SPECIALTY SE,
fka INTERNATIONAL INSURANCE COMPANY OF HANNOVER PLC,
SUBSCRIBERS TO CERTIFICATE NO. CHF14/YF14CPO1/005,
Plaintiffs/Counterclaim Defendants-Appellees, v.
CONTINENTAL CASUALTY COMPANY,
Defendant/Counterclaimant-Appellee, and
STANFORD CARR DEVELOPMENT, LLC, Intervenor-Appellant, and
JOHN DOES 1-20; JANE DOES 1-20; DOE ENTITIES 1-20; and
DOE INSURANCE ENTITIES 1-20, Defendants

APPEAL FROM THE CIRCUIT COURT OF THE THIRD CIRCUIT
(CIVIL NO. 3CCV-22-0000293)

ORDER APPROVING STIPULATION TO DISMISS APPEAL
(By: Leonard, Acting Chief Judge, Hiraoka and McCullen, JJ.)

Upon consideration of the Stipulation to Dismiss Appeal (Stipulation), filed August 16, 2024, by Intervenor-Appellant Stanford Carr Development, LLC, the papers in support, and the record, it appears that (1) the appeal has been docketed and the filing fees have been paid; (2) under Hawai'i Rules of Appellate Procedure Rule 42(b), the parties stipulate to dismiss the appeal with prejudice and bear their own attorneys' fees and costs on appeal; and (3) the Stipulation is signed by counsel for all parties.

Therefore, IT IS HEREBY ORDERED that the Stipulation is approved and the appeal is dismissed with prejudice. The parties shall bear their own attorneys' fees and costs on appeal.

DATED:  Honolulu, Hawaiʻi, October 16, 2024.

/s/ Katherine G. Leonard
Acting Chief Judge

/s/ Keith K. Hiraoka
Associate Judge

/s/ Sonja M.P. McCullen
Associate Judge